UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

EDWARD C. BAKER,

                          Plaintiff,

     -against-                              1:08-CV-1252 (LEK/DRH)

CLINTON COUNTY; PATRICK R.
McGILL, Judge; RICHARD CANTWELL,
District Attorney; KRISTY SPRAGUE,
Assistant District Attorney; and DANA M.
LOIACONO, Ex-Assistant District
Attorney,

                          Defendants.

**DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on January 7, 2009, by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 4).

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Homer's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

      Accordingly, it is hereby

      **ORDERED**, that the Report-Recommendation (Dkt. No. 4) is **APPROVED** and

**ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that all claims against County Judge Patrick McGill are **DISMISSED with prejudice**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:    January 23, 2009
          Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge